AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

United States of America
v.
Steven Denard Paige )
)
)
Case No: 2:19cr368-RAH
)
USM No: 18003-002
)
Date of Original Judgment: 09/03/2020 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* Kacey Keeton
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant's total criminal history score was determined to be 9, resulting in a criminal history category (CHC) of IV. A
reduction of one status point under Part A of Amendment 821 results in an amended total criminal history score of 8 (CHC
IV). Pursuant to USSG §1B1.10(a)(2)(B), a reduction in the defendant's term of imprisonment is not authorized under 18
U.S.C. § 3582(c)(2) if the amendment does not have the effect of lowering the defendant's applicable guideline range.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/21/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*